```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

INERCO S.A.,                          :

              Plaintiff,     :     **ORDER**

      - against -                  :     09 Civ. 1052 (DC)

ERAY SHIPPING AND TRADE LTD.,         :

              Defendant.     :

- - - - - - - - - - - - - - - - - -x

**CHIN, District Judge**

      This case, which sought the provisional remedy of a maritime attachment, was filed on February 5, 2009. The Court issued an order of attachment on February 9, 2009. It does not appear that there have been any further proceedings in the case since then.

      Accordingly, it is hereby ORDERED that plaintiff's counsel advise the Court in writing, within ten business days hereof, (1) whether any assets have been attached, and (2) whether suit or arbitration with respect to the claims at issue has been commenced.

      If no assets have been attached, or no suit or arbitration has been commenced, plaintiff's counsel shall, at the same time, show cause why this action should not be dismissed and the order of attachment vacated. If plaintiff's counsel does not respond to this order in a timely manner, or if plaintiff does not show cause why the action should not be dismissed, the

complaint will be dismissed, without prejudice and without fees or costs, and the order of attachment will be vacated.

SO ORDERED.

Dated:  New York, New York
        April 29, 2009

DENNY CHIN
United States District Judge